NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5059

WILLIAM D. HOOKER (doing business as
Georgia Bowhunters Supply),

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Berta E. Nichols, of Hilton Head Island, South Carolina, argued for plaintiff-appellant.

Mark A. Melnick, Attorney, Commercial Litigation Branch, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Richard P. Schroeder, Attorney.

Appealed from: United States Court of Federal Claims

Senior Judge Robert H. Hodges, Jr.

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5059

WILLIAM D. HOOKER (doing business as
Georgia Bowhunters Supply),

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the　　　United States Court of Federal Claims

In CASE NO(S).　　　　03-CV-1501

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, LINN, and MOORE, <u>Circuit Judges</u>).

**<u>AFFIRMED</u>.**  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED <u>November 12, 2008</u>　　　/s/ Jan Horbaly
　　　　　　　　　　　　　　　　**J**an Horbaly, Clerk